# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

IO GROUP, INC, a California corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

MICHAEL JAMES DEITCHER d/b/a Q-VIDEO, a resident of Texas,

CV 08   0917   JCS

TO: (Name and address of defendant)

MICHAEL JAMES DEITCHER
5922 Fontenelle Dr.
Houston, TX 77035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gill Sperlein
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 584
San Francisco, CA 94114

legal@titanmedia.com
415-378-2625
fax 415-252-7747

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

[signature]

(BY) DEPUTY CLERK

FEB 1 3 2008

DATE _____

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
GILL SPERLEIN (SBN 172887)
LAW OFFICES OF GILL SPERLEIN
584 Castro Street, Suite 848
San Francisco, CA 94114
Telephone: (415) 378-2625

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., a California corporation<br><br>Plaintiff,<br><br>V.<br><br>MICHAEL JAMES DEITCHER etc.<br><br>Defendant. | CASE NUMBER<br>CV 08 0917 JCS<br><br>DECLARATION OF SERVICE |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT 1. COPYRIGHT INFRINGEMENT; AND 2. AN ACCOUNTING JURY TRIAL DEMANDED; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS

in the within action by personally delivering true copies thereof to the person served as follows:

Served           : MICHAEL JAMES DEITCHER

By serving       : Michael James Deitcher, Personally

Address          : (Home)
                   5922 Fontenelle Drive
                   Houston, TX 77035

Date of Service  : February 19, 2008

Time of Service  : 7:42 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: February 20, 2008

Signature: _____
          DERALD JACKSON

230783

** TOTAL PAGE.02 **