United States District Court
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7    IO GROUP INC,                          No. C 08-00917 JCS
8              Plaintiff(s),
                                            **DECLINATION TO PROCEED BEFORE**
9    v.                                     **A MAGISTRATE JUDGE**
                                            **AND**
10   MICHAEL JAMES DEITCHER,                **REQUEST FOR REASSIGNMENT TO A**
                                            **UNITED STATES DISTRICT JUDGE**
11             Defendant(s).
12   _____/
13
14       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
15       The undersigned party in the above-captioned civil matter hereby declines to consent to the
16   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
17   requests the reassignment of this case to a United States District Judge.
18
19
20   Dated: _3/4/2008_            _____
                                  Signature
21
22                                Counsel for _PLAINTIFF · IO Group, Inc._
23                                (Name or party or indicate "pro se")
24
25
26
27
28