**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**March 6, 2008**

CASE NUMBER:  CV 08-00917 JCS
CASE TITLE:  IO GROUP INC-v-MICHAEL JAMES DEITCHER

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN JOSE** division.

**Honorable RONALD M WHYTE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/6/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                       Entered in Computer 3/6/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel              Transferor CSA