UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL JAMES DEITCHER d/b/a Q-VIDEO, a resident of Texas, <br><br> Defendant. | CASE NO.: CV 08 0917 <br><br> **ORIGINAL ANSWER** <br><br> (1) **COPYRIGHT INFRINGEMENT;** <br>     **AND** <br> (2) **AN ACCOUNTING** <br><br> **JURY TRIAL DEMANDED** |

## INTRODUCTION

1.  MICHAEL JAMES DEITCHER d/b/a Q-VIDEO, a resident of Texas, files, pro se, this his Original Answer to the complaint filed by IO GROUP, INC., a California corporation.

## OBJECTION TO JURISDICTION

2.  Defendant objects to the jurisdiction of the court in this matter.

3.  Any alleged infringement occurred in the state of Texas, not the state of California.

4.  Any alleged infringement was not expressly aimed at California nor would the brunt of which be suffered in California.

## FIRST DEFENSE

5.  Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND DEFENSE

6.  Plaintiff has failed to allege with any specificity other than its information and

belief that any action taken by defendant has violated any rights secured to the Plaintiff under 17 USC Section 501, Copyright Infringement.

### THIRD DEFENSE

7. Defendant denies that the actions alleged by Plaintiff is in whole or in part an infringement of Plaintiff's alleged copyrights.

### FOURTH DEFENSE

8. Defendant denies that any wrongdoing allegations made by Plaintiff were willful and intentional or that Defendant had actual knowledge or constructive knowledge of such alleged wrongdoing and thus its consequences.

### FIFTH DEFENSE

9. Defendant denies the necessity of this Court ordering an accounting as requesting by the Plaintiff.

### CONCLUSION AND PRAYER

10. Defendant prays that all relief sought in Plaintiff's complaint be denied in all respects and that Defendant be granted such other and further relief to which Defendant may be entitled.

Respectfully submitted,

*[signature]*

MICHAEL JAMES DEITCHER
5922 Fontanelle Drive
Houston, Texas 77035
(713) 728-2570
mdeitcher0987@yahoo.com