IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC.,

        Plaintiff,

  v.

MICHAEL JAMES DEITCHER,

        Defendant.

*E-FILED - 4/22/08*

CASE NO.: C-08-00917-RMW

**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE**

      PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **June 20, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by June 13, 2008.

      If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: April 22, 2008

BY: _Jackie Garcia_
     JACKIE GARCIA
     Courtroom Deputy for
     Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28