GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California 94114
Telephone: (415)378-2625
sperlein@aol.com

Attorney for Plaintiff
IO GROUP, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IO GROUP, INC., a California corporation,

Plaintiff,

vs.

MICHAEL JAMES DEITCHER d/b/a Q-VIDEO, a resident of Texas,

CASE NO.: C-08-00917 (RMW)

STIPULATION OF DISMISSAL
FRCP 41(a)(1)

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

_____
Keith Webb for
Plaintiff Io Group, Inc.

_____
Gill Sperlein, Law Office of Gill Sperlein
attorneys for plaintiff

Dated: ~~July~~ Aug 1st, 2008

Dated: ~~July~~ Aug 1, 2008

_____
Michael James Deitcher d/b/a Q-Video
Defendant, *pro per*

Dated: July 30, 2008

-1-

STIPULATION OF DISMISSAL